IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

108 SP TRADING, LLC,

    Plaintiff,

vs.                                                Cause No. 6:18-cv-03156-MDH

AMGUARD INSURANCE COMPANY,

    Defendant.

## **ORDER**

Before the Court are the designations and objections of the trial deposition of Lyz Wascavage. The Court has carefully reviewed the parties' objections and briefing and rules on the pending objections as follows:

The Court **SUSTAINS** the following objections and the following testimony should not be presented to the jury.

From Plaintiff's Objections, the following objections are sustained:

    Page 51, Line 6 starting with "because" through Line 7

    Page 153, Line 10 starting with "why" through Line 11

From Defendant's Objections, the following objections are sustained:

    Page 69, Lines 19-21

    Page 70, Lines 1-6

    Page 71, Lines 16-22

    Page 72, Lines 1-6

    Page 76, Lines 9-20

    Page 77, Line 4 starting with "So there's" through Line 5 until "The insurer"

1

Page 81, Lines 4-22

Page 82, Lines 1-2

Page 84, Lines 3-13

Page 106, Lines 4-6

Page 110, Lines 21-22

Page 111, Lines 1-9

Page 127, Lines 8-17

Page 136, Lines 9-19

Page 140, Lines 14-22

Page 141, Lines 1-4

Page 148, Lines 15-22

Page 149, Lines 1-7

Page 151, Lines 6-19

Page 153, Lines 9-11 – sustained – the witness's entire answer should be included

Page 161, Line 18 through Page 162, Line 22

Page 163, Lines 1-17

Page 171, Lines 9-20

Page 173, Lines 10-19

Page 174, Lines 15-22

Page 175, Lines 1-4

Page 178, Lines 4-18

Page 196, Lines 21-22

Page 197, Lines 1-15

Page 198, Lines 7-22

Page 199, Lines 1-22

Page 200, Lines 1-22

Page 201, Lines 1-22

Page 202, Lines 1-22

Page 203, Lines 1-3

Page 205, Lines 7-16

The Court **OVERRULES** all remaining objections.

**IT IS SO ORDERED.**

Dated: April 20, 2021

*/s/ Douglas Harpool*
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE