IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**108 SP TRADING, LLC**                     Date: April 26, 2021

vs.                                          Case No.   18-3156-CV-S-MDH

**AMGUARD INSURANCE COMPANY,**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Jury Trial – Day 1**

**Time Commenced: 8:36 a.m.**            **Time Terminated: 4:05 p.m.**

### APPEARANCES

**Plaintiff: Patrick Cody, Zachary Vaughn**
**Defendant: Benjamin Doyle, Kevin Mason, Robert Swafford**

**Proceedings:** Parties appear as indicated. 8:36 a.m. Pretrial conference held.  9:12 a.m. Recess.  9:12 a.m.  Court in session.  Jury panel seated and sworn.  Jury instruction No. 1 read.  Voir dire conducted by the Court.  Jury Instruction No. 2 read.  11:22 a.m. Jury panel excused.  Recess.  11:48 a.m.  Court in session.  Strikes for cause made as stated on the record.  11:56 a.m.  Recess.  Peremptory strikes made.  12:50 p.m.  Court in session.  Attorney Swafford excused.  12:55 p.m.  Jury panel seated.  7 Jurors selected.  Remainder excused.  Jury sworn.  Jury Instruction Nos. 3, 4, 5, 6, 7 and 8 read.  1:19 p.m.  Plaintiff's opening statement.  1:36 p.m.  Defendant's opening statement.  1:55 p.m.  Recess.  2:17 p.m.  Court in session.  2:20 p.m.  Jury seated. Plaintiff begins case-in-chief.  Direct – Kurt Gagel.  2:52 p.m.  Cross.  3:14 p.m. Redirect.  3:22 p.m. Recross.  Instruction No. 9 read.  3:26 p.m.  Witness – Lyz Wascavage (by video deposition).  4:02 p.m.  Jurors excused until 8:45 a.m. on 4/27/21.  4:05 p.m.  Evening recess.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER:   Jeannine Rankin**
**LAW CLERK:   Kristen Roubal/Mary Maerz**

**WITNESS:**
**Kurt Gagel**
**Lyz Wascavage (by video deposition)**