IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

**108 SP TRADING, LLC**                    Date: April 27, 2021

vs.                                         Case No.   18-3156-CV-S-MDH

**AMGUARD INSURANCE COMPANY**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Jury Trial – Day 2**

**Time Commenced: 8:36 a.m.**              **Time Terminated: 5:00 p.m.**

APPEARANCES

**Plaintiff: Patrick Cody, Zachary Vaughn**
**Defendant: Benjamin Doyle, Kevin Mason**

**Proceedings:** Parties appear as indicated. 8:39 a.m. Pretrial conference held. 8:45 a.m. Recess. 9:02 a.m. Court in session. 9:04 a.m. Jury seated. Continued testimony of Lyz Wascavage (by video deposition). 10:24 a.m. Break. 10:49 a.m. Court in session. Jury seated. Continued testimony of Lyz Wascavage (by video deposition). 12:18 p.m. Lunch break. 1:34 p.m. Court in session. Jury seated. Witness - Paul Prislopsky (by video deposition). 3:17 p.m. Break. 3:42 p.m. Court in session. Jury seated. 3:47 p.m. Direct – Eric Frye. 4:24 p.m. Cross. 4:49 p.m. Redirect. 4:52 p.m. Recross. 4:56 p.m. Jurors excused until 8:45 a.m. on 4/28/21. 5:00 p.m. Evening recess.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER:   Jeannine Rankin**
**LAW CLERK:   Kristen Roubal/Mary Maerz**

**WITNESS:**
**Lyz Wascavage (by video deposition)**
**Paul Prislopsky (by video deposition)**
**Eric Frye**