CAN WE HAVE A CALCULATOR?

CAN WE HAVE A EVIDENCE BOOK?

[signature] 4/29/21

Here is a calculator

The exhibits admitted into evidence will be delivered to the jury room.

2:55
4/29/21
Judge [signature]

Jury Question #1