# VERDICT

Note: Complete this form by writing in the name required by your verdict.

On the claim of plaintiff 108 SP Trading, LLC for insurance benefits, interest, penalties and attorney fees against defendant, we, the undersigned jurors, find in favor of:

_____108 SP TRADING LLC_____

((Plaintiff 108 SP Trading, LLC))  or  (Defendant Amguard Insurance Company)

Note: Complete the following paragraph only if your verdict is in favor of plaintiff 108 SP Trading, LLC:

We, the undersigned jurors, assess the damages of plaintiff 108 SP Trading, LLC as follows:

On the policy for physical damage to the hotel  $ 334,153.69 (stating the amount or, if none, write the word, "none").

On the policy for damage to business personal property  $ 61,793.27 (stating the amount or, if none, write the word, "none").

On the policy for lost profits  $ 5901.27 (stating the amount or, if none, write the word, "none").

For interest  $ 17,550 (stating the amount or, if none, write the word, "none").

For penalty  $ 6,650 (stating the amount or, if none, write the word, "none").

For attorney fees  $ 95,356 (stating the amount or, if none, write the word, "none").

Note: All jurors who agree to the above must legibly sign or print their names below.

SAMUEL DITTER  
Michael Rensch  
Debra Price  
Norman P Barber  
4/29/21

Higginbotham  
Sheryle Kendrick  
Jaime Langlois